12516.　KERSEY *et al. v.* THE STATE.

LUKE, J. The evidence was insufficient to authorize the verdict, and the court erred in overruling the motion for a new trial.

　　　*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*
　　　　　DECIDED JULY 26, 1921.

Accusation of dynamiting fish; from city court of Swainsboro — Judge Kirkland. March 9, 1921.

*C. W. Turner,* for plaintiffs in error.

*I. W. Rountree, solicitor,* contra.